# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA** :

v. : **Criminal No: 3:05cr172 JBA**

**GEORGE S. KUNDRAT** :

### ENDORSEMENT ORDER [#47]

Defendant's motion for order modifying special conditions of release is GRANTED, on consent.

For the reasons set forth in defendant's motion, the special conditions of probation are modified to terminate defendant's home confinement on December 11, 2007.

                                  IT IS SO ORDERED:

                              _____/s/_____
                              Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December 7,2007